2122-CC00178

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

Doc Number: 12292015-0195 Page: 1 of 1

| Form **668(Y)** (Rev. 10-1999) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|

Small Business / Self Employed - Area: 4

Serial Number
1919968515

For Optional Use by Recording Office

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

BOOK        PAGE
**12292015-0195**

RECORDER OF DEEDS
CITY OF ST. LOUIS
RECORDED-CERTIFIED ON
12/29/2015  2:15 PM

**SHARON QUIGLEY-CARPENTER
RECORDER OF DEEDS**

PAGES: 1
AMOUNT: 3.00
4766915

Name of Taxpayer
NAKS INVESTMENT LLC, as Nominee of
GARY KAPLAN

Residence
48 PORTLAND PL
SAINT LOUIS, MO 63108

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2004 | XXX-XX-2840 | 07/15/2014 | 08/14/2024 | $38,146,828.51 |
| 1040 | 12/31/2005 | XXX-XX-2840 | 07/15/2014 | 08/14/2024 | $15,881,718.88 |

This notice of federal tax lien is filed to specifically notate the attachment of the taxpayer's federal tax lien(s) to the property described as Lot 14 of Forest Park Addition and in Block 4904 of the City of St. Louis fronting 100 feet on the South line of Portland Place, by a depth Southwardly of 190 feet to the Northern line of Lot 7.

| Place of Filing Recorder of Deeds City Hall St. Louis, Missouri 63103 | Total | $54,028,547.39 |
|---|---|---|

This notice was prepared and signed at CHICAGO, IL, on this, the 23rd day of December, 2015.

| Signature *Stephanie Meerts* STEPHANIE R MEERTS, Employee # - 24-06-2436 | Title REVENUE OFFICER, Phone # - (217)993-6590 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 2 – Taxpayer Copy

Form **668(Y)** (Rev. 10-1999)

END OF DOCUMENT PAGES 1 THROUGH 40

**EXHIBIT**

1

2624

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT | Lien Recorded    : 05/15/2015 - 00:00AM<br>Recording Number: 108281<br>UCC Number      :<br>Liber           : 21511<br>Page            : 7 |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #4<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 155664315 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
  GARY KAPLAN

ALS Entity Type: Individual

Residence :
  48 PORTLAND PL
  SAINT LOUIS, MO 63108

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2004 | XXX-XX-2840 | 07/15/2014 | 08/14/2024 | 38158408.44 |
| 1040 | 12/31/2005 | XXX-XX-2840 | 07/15/2014 | 08/14/2024 | 15881718.88 |

| Filed at:   Recorder of Deeds<br>             St. Louis County<br>             Clayton, MO 63105 | Total | $ 54040127.32 |
|---|---|---|

This notice was prepared and executed at CHICAGO, IL
on this, the 04th day of May, 2015.

| Authorizing Official:<br>  CYNTHIA DAVENPORT | Title:<br>REVENUE OFFICER        24-06-2422 |
|---|---|

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

```
2624                                              COURT RECORDING DATA
------------------------------------------+-----------------------------------------
        INTERNAL REVENUE SERVICE          | Lien Recorded    : 12/29/2015 - 00:00AM
 FACSIMILE FEDERAL TAX LIEN DOCUMENT      | Recording Number:
                                          | UCC Number       :
                                          | Liber            : 12292015
                                          | Page             : 0195
------------------------------------------+-----------------------------------------
 Area: SMALL BUSINESS/SELF EMPLOYED #4    | IRS Serial Number: 191968515
 Lien Unit Phone: (800) 913-6050          |
```

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
  NAKS INVESTMENT LLC
    AS NOMINEE OF GARY KAPLAN

ALS Entity Type: Nominee of

Residence :
  48 PORTLAND PL
  SAINT LOUIS, MO 63108

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|----------|------------|---------------|--------------|---------------------|--------------------|
| 1040 | 12/31/2004 | XXX-XX-2840 | 07/15/2014 | 08/14/2024 | 38146828.51 |
| 1040 | 12/31/2005 | XXX-XX-2840 | 07/15/2014 | 08/14/2024 | 15881718.88 |

```
Filed at:   Recorder of Deeds                              Total | $   54028547.39
            City Hall
            St. Louis, MO 63103
```

This notice was prepared and executed at CHICAGO, IL
on this, the 23rd day of December, 2015.

```
Authorizing Official:                    | Title:
      STEPHANIE R MEENTS                  | REVENUE OFFICER          24-06-2438
```

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

Branch :TP4   User :LSLA

Title Officer : LSLA  Order : 48 PORTLAND PL

```
         BOOK              PAGE
      06272007-0097
          RECORDER OF DEEDS
          CITY OF ST. LOUIS
          RECORDED-CERTIFIED ON
          06/27/2007        10:15AM

          SHARON QUIGLEY CARPENTER
            RECORDER OF DEEDS

          PAGES: 3
          AMOUNT DUE: $33.00
 Clerk:
      640000      449652
```

## GENERAL WARRANTY DEED (INDIVIDUAL)

*This Deed*, Made and entered into this 22nd day of June, 2007, by and between

Richard V. Nelson and Joanna R Nelson, husband and wife,

4950 Lindell #1 West, St. Louis, Missouri 63108 of the City of St. Louis, State of Missouri party or parties of the first part as **Grantor(s)**, and

Holly Hoeffner Kaplan, a single person

Grantee's Mailing Address:  48 Portland Place, St. Louis, Missouri, 63108  of the City of St. Louis, State of Missouri, party or parties of the second part as **Grantee(s)**.

WITNESSETH, that the said party or parties of the first part, for and in consideration of the sum of One Dollar and other valuable considerations paid by the said party or parties of the second part, the receipt of which is hereby acknowledged, does or do by these presents GRANT, BARGAIN AND SELL, CONVEY AND CONFIRM unto the said party or parties of the second part, the following described Real Estate, situated in the City of St. Louis, State of Missouri, to-wit:

Lot 14 of Forest Park Addition and in Block 4904 of the City of St. Louis fronting 100 feet on the South line of Portland Place, by a depth Southwardly of 190 feet to the Northern line of Lot 7.

Together with all improvements thereon known and numbered as 48 Portland Place.

Subject to existing building lines, easements, conditions, restrictions, zoning regulations, etc., now of record, if any.

Locator No: 4904-00-00400

TO HAVE AND TO HOLD the same, together with all rights and appurtenances to the same belonging, unto the said party or parties of the second part, and to the heirs and assigns of such party or parties forever.

The said party or parties of the first part hereby covenanting that said party or parties and the heirs, executors, administrators and assigns of such party or parties, shall and will WARRANT AND DEFEND the title to the premises unto the said party or parties of the second part, and to the heirs and assigns of such party or parties forever, against the lawful claims of all persons whomsoever, excepting, however, the general taxes for the calendar year 2007 and thereafter, and special taxes becoming a lien after the date of this deed.

*In Witness Whereof*, the said party or parties of the first part has or have hereunto set their hand or hands the day and year first above written.

PARCEL ID # 4904-0000400

C.O.V. _____

DATE  6-27-07

℗71952

**EXHIBIT**

2

SUPDUSTICE.COM

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

Branch :TP4   User :LSLA

Title Officer : LSLA   Order : 48 PORTLAND PL

_____
Holly Hoeffner Kaplan

*Richard V. Nelson*
_____
Richard V. Nelson

*Joanna R. Nelson*
_____
Joanna R Nelson

State of Missouri

} SS.

County of St. Louis

On this 22nd day of June, 2007 before me personally appeared, Richard V. Nelson and Joanna R. Nelson, husband and wife to me known to be the person or persons described in and who executed the foregoing instrument, and acknowledged that he/she/they executed the foregoing instrument, and acknowledged that he/she/they executed the same as his/her/their free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

*Barbara A. Bohlen*
_____
Barbara A. Bohlen        Notary Public

My commission expires:

Barbara A Bohler
Notary Public Notary Seal
State of Missouri County of Saint Louis
City
My Commission Expires 07/15/2007

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

Branch :TP4   User :LSLA                    Title Officer : LSLA  Order : 48 PORTLAND PL

## GRANTEE'S RIDER

(Individual)

_____
Holly Hoeffner-Kaplan, GRANTEE

_____
GRANTEE

STATE OF MISSOURI
COUNTY OF St Louis

On this 22nd day of June, 2007, before me personally appeared
Holly Hoeffner-Kaplan, a married person acting individually and pursuant to Assent to Execution of Deeds and
Waiver of Marital Rights as recorded on even date herewith

to me known to be the person or persons described in and who executed the foregoing instrument, and acknowledged
that he/she/they executed the same as his/her/their free act and deed, as the Grantees, party or parties of the second
part.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and
State aforesaid, the day and year first above written.

_____
S. Schiller                    Notary Public

My commission expires: April 10, 2008

Notary
Seal

S. SCHILLER
St. Louis County
My Commission Expires
April 10, 2008

..D OF DOCUMENT PAGES 1 THROUGH 3

SAINT LOUIS CITY, MO  Document:DED WAR 2007.0627.0097                    Page:3 of 3
Printed on:4/7/2020 2:37 PM

Doc Number: 12172014-0120 Page: 1 of 3

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

**2122-CC00178**



**8 3 6 1 9 8 7**
TX:4672731

**BOOK          PAGE**
**12172014-0120**

**RECORDER OF DEEDS**
**CITY OF ST. LOUIS**
**RECORDED-CERTIFIED ON**
**12/17/2014 4:16 PM**

**JENNIFER A. FLORIDA**
**RECORDER OF DEEDS**

**PAGES: 3**
**AMOUNT DUE: 33.00**
**4672731**

## *QUIT CLAIM DEED*

This **QUIT CLAIM DEED** is made and entered into as of this *17th* day of *December*, 2014, by and between **HOLLY HOEFFNER KAPLAN, a married person,** of the City of St. Louis, State of Missouri, mailing address: 48 Portland Place, St., Louis, MO  63108, **Party of the First Part, ("Grantor" for indexing purposes only) and**

**HOLLY HOEFFNER KAPLAN and GARY KAPLAN,** Joint Tenants with Rights of Survivorship, of the City of St. Louis, State of Missouri, mailing address: 48 Portland Place, St. Louis, MO 63108, **Parties of the Second Part ("Grantees" for indexing purposes only).**

**WHEREAS,** this Quit Claim Deed is pursuant to the Family Court Judgment entered on December 16, 2014, in Cause No. 13SL-DR00261, in the Family Court of St. Louis County, whereby Holly Hoeffner Kaplan was ordered to transfer, by Quit Claim Deed, all of her right title and interest in 48 Portland Place, St. Louis, Missouri 63108 to Gary Kaplan and Holly Hoeffner Kaplan as "Joint Tenants with Rights of Survivorship".

**WITNESSETH, THAT THE SAID** party of the First Part, for and in consideration of the sum of One Dollar ($1.00) and other good and valuable considerations paid by the said Party of the Second Part, the receipt of which is hereby acknowledged, does by these presents, **REMISE, RELEASE AND FOREVER QUIT-CLAIM** unto said Party of the Second Part, the following described Real Estate situated in the **City of St. Louis, State of Missouri,** to wit:

> **LOT 14 OF FOREST PARK ADDITION AND IN BLOCK 4904 OF THE CITY OF ST. LOUIS FRONTING 100 FEET ON THE SOUTH LINE OF PORTLAND PLACE, BY A DEPTH SOUTHWARDLY OF 190 FEET TO THE NORTHERN LINE OF LOT 7.**
>
> **TOGETHER WITH ALL IMPROVEMENTS THEREON KNOWN AND NUMBERED AS 48 PORTLAND PLACE.**
>
> **SUBJECT TO EXISTING BUILDING LINES, EASEMENTS, CONDITIONS, RESTRICTIONS, ZONING REGULATIONS, ETC., NOW OF RECORD, IF ANY.**
>
> **LOCATOR NO.  4904-00-00400**

**TO HAVE AND TO HOLD** the same, together with all rights and appurtenances to the same belonging into the said Party of the Second Part.  So that neither the said Party of the First Part nor theirs, nor any other person or persons for them or in their name or behalf, shall or will hereafter claim or demand any

PARCEL ID # *4904000400*

O.V. *12-17-2014*

TR

1

**EXHIBIT**

3

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

right or title to the aforesaid premises, or any part thereof, but they and every one of them shall, by these presents, be excluded and forever barred.

**IN WITNESS WHEREOF,** THE SAID party of the First Part has executed these presents the day and year first above written.

HOLLY HOEFFNER KAPLAN

State of Missouri        )
                         ) SS
County of St. Louis      )

On this 17th day of December, 2014, before me personally appeared HOLLY HOEFFNER KAPLAN to me personally known, who, being duly sworn, did acknowledge that she executed the same as her free act and deed.

In TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

Notary Public

> LaDonna C Gordon
> Notary Public Notary Seal
> State of Missouri County of St Louis
> My Commission Expires 08/02/2015
> Commission # 11485877

*Notary - Please Affix Seal In Box Above*

2

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

## GRANTEE'S RIDER
(Joint)

HOLLY HOEFFNER KAPLAN, *Grantee*

GARY KAPLAN, *Grantee*

State of Missouri )
) SS
County of St. Louis )

On this 17th day of _December_, 2014, before me personally appeared HOLLY HOEFFNER KAPLAN, a married person, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed, as the Grantee, party or parties of the second part.

In TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

Notary Public

LaDonna C Gordon
Notary Public Notary Seal
State of Missouri County of St Louis
My Commission Expires 06/03/2015
Commission # 11485877

*Notary - Please Affix Seal in Box Above*

State of Missouri )
) SS
County of St. Louis )

On this 17th day of _December_, 2014, before me personally appeared GARY KAPLAN, a married person, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed, as the Grantee, party or parties of the second part.

In TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

Notary Public

LaDonna C Gordon
Notary Public Notary Seal
State of Missouri County of St Louis
My Commission Expires 06/03/2015
Commission # 11485877

*Notary - Please Affix Seal in Box Above*

3

END OF DOCUMENT: PAGES 1 THROUGH 3   SV

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

Doc Number: 05142015-0053 Page: 1 of 4

**BOOK        PAGE**
**05142015-0053**

RECORDER OF DEEDS
CITY OF ST. LOUIS
RECORDED-CERTIFIED ON
**05/14/2015 9:10 AM**

**SHARON QUIGLEY-CARPENTER**
**RECORDER OF DEEDS**

**PAGES: 4**
**AMOUNT DUE: 38.00**
**4710167**
**THIS DOCUMENT WAS eRECORDED**

197° 347

# SPECIAL WARRANTY DEED

This Deed, made and entered into as of the 30th   day of April, 2015, by and between:

**Holly Hoeffner Kaplan and Gary Kaplan, both single people, as joint tenants with right of survivorship**
of the City of St. Louis State of Missouri, Grantor, (mailing address of said Grantor is 48 Portland Place, St. Louis, MO 63108), and

**NAKS Investment, LLC**
of the County of St. Louis, State of Missouri, Grantee,  (mailing address of said grantee is: 21852 Marigot Dr, Boca Raton, FL 33428)

WITNESSETH, that the said Grantor, for and in consideration of the sum of One Dollar and other valuable considerations paid by the said Grantee, the receipt of which is hereby acknowledged, does by these presents GRANT, BARGAIN AND SELL, CONVEY, AND CONFIRM unto the said Grantee, the following described Real Estate, situated in the County of City of St. Louis and State of Missouri, to-wit:

**Lot 14 of Forest Park Addition and in Block 4904 of the City of St. Louis, fronting 100 feet   on the South line of Portland Place, by a depth Southwardly of 190 feet to the Northern line of Lot 7.**

Subject to building lines, easements, conditions, and restrictions of record, and to any zoning law or ordinance affecting said property.

TO HAVE AND TO HOLD the same, together with all rights and appurtenances to the same belonging unto the said Grantee, and to the heirs and assigns of such Grantee forever.  The said Grantor hereby covenanting that it is lawfully seized of said real estate and has a right to convey it, and that the said premises are free and clear from any encumbrance done or suffered by the said Grantor, and that the said Grantor shall and will WARRANT AND DEFEND the title to the said premises unto the said Grantee, and to the heirs and assigns of such Grantee forever, against the lawful claims and demands of all persons claiming by, through, or under the Grantor, excepting, however, the general taxes levied or assessed subsequent to the date hereof, and special taxes becoming a lien after the date of this deed.

Special Warranty Deed - 205827-15-1

EXHIBIT
4

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

GRANTOR

Holly Hoeffner Kaplan

State of __MO__    }
                   } SS:
County of __City of St. Louis__   }

On this _____ day of __May__ in the year 2015, before me, the undersigned notary public, personally appeared Holly Hoeffner Kaplan, known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they executed the same for the purposes therein contained.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

Notary Public   Erica M. Jones

My Term Expires:

1/9/2016

Elica M Jones
Notary Public Notary Seal
State of Missouri County of St Louis City
My Commission Expires 01/09/2016
Commission # 12068314

Special Warranty Deed - 205827-15-1

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

GRANTOR

Gary Kaplan

State of _____ }
County of _____ } SS:

    On this _____ day of __May__ in the year 2015, before me, the undersigned notary public, personally appeared Gary Kaplan, known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they executed the same for the purposes therein contained.

    IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

Notary Public _____ Erica M. Jones

My Term Expires: 1/9/2016

Erica M Jones
Notary Public Notary Seal
State of Missouri County of St Louis City
My Commission Expires 01/09/2016
Commission # 12068314

Special Warranty Deed - 205827-15-1

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

## GRANTEE RIDER

By signing his/her/their names below, the party(ies) hereto acknowledge delivery of the accompanying deed.

GRANTEE:

NAKS Investment, LLC

By: 

Neil Kaplan, Managing Member

State of _Flauvia_ }
                        } SS:
County of _Palm Beach_ }

On this ___29___ day of ___APRIL___ in the year 2015, before me, the undersigned notary public, personally appeared Neil Kaplan, as Managing Member of NAKS Investment, LLC, known to me to be the person(s) who executed the within Affidavit in behalf of said LLC and acknowledged to me that he/she/they executed the same for the purposes therin stated.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

Notary Public Frederick Bock

My Term Expires:

FREDERICK BOCK
Notary Public - State of Florida
My Comm. Expires Dec 6, 2015
Commission # EE 151328

Grantee Rider - 205827-15-1

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

## SHERIFF'S DEED

### Under Foreclosure of Liens for Delinquent Taxes

| | |
|---|---|
| In the matter of the foreclosure of liens for delinquent land taxes by action in rem: | ) ) ) |
| | ) |
| COLLECTOR OF REVENUE OF THE CITY OF ST. LOUIS, MISSOURI, | ) CAUSE NO: 1822-LT30347 ) ) LAND TAX SUIT NO.198 |
| Plaintiff, | ) DIVISION NO. 29 ) ) SERIAL NO. 198-198-347 |
| v. | ) ) |
| PARCELS OF LAND ENCUMBERED WITH DELINQUENT TAX LIENS, | ) ) ) |
| Defendants. | ) |

TO ALL MEN to whom these presents shall come, I, Vernon Betts, Sheriff of the City of St. Louis, send Greeting.

THIS DEED IS MADE and entered into this _23rd_ day of _August_, 20_19_, between Vernon Betts, Sheriff of the City of St. Louis, Missouri, Grantor and Party of the First Part, and **St. Louis Tax Sale, LLC, 230 S. Bemiston, #810 Clayton, Missouri 63105** Grantee(s) and Party of the Second Part.

WITNESSETH, that whereas, on the **26th** day of **October 2018**, in the above entitled cause, a proceeding under THE MUNICIPAL LAND REUTILIZATION LAW, in the Circuit Court of the City of St. Louis, Missouri, judgment was rendered establishing a lien against the hereinafter described parcel of real estate, situated in the City of St. Louis and the State of Missouri, for the principal amount of delinquent tax bills, together with interest, penalties, attorney's fees and costs computed as of the date of the judgment, to wit:

Lot 14 of Forest Park Addition and in Block 4904 of the City of St. Louis, fronting 100 feet on the South line of Portland Place, by a depth Southwardly of 190 feet to the Northern line of Lot 7.

**EXHIBIT**

5

SUPPLYJUSTICE.COM

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

Property Address: 48 Portland Place

WHEREAS, it was further ordered, adjudged and decreed by said Court that said tax lien be foreclosed and that said parcel of real estate be sold by the Sheriff of the City of St. Louis, Missouri, at public sale, and that said Sheriff advertise and post the notice of sale at the east front door of the Civil Courts Building of the City of St. Louis, Missouri, (the same east front door at which sales of real estate are customarily made by the Sheriff under execution) and that proper notice of said sale also be advertised in a daily newspaper of general circulation regularly published in the City of St. Louis, Missouri, and qualified according to law for the publication of legal notices and advertisements, commencing not earlier than six months after the date of said judgment, and to be published upon the same day of each week during two successive weeks prior to the date of such sale, and that such sale by the Sheriff be held within thirty (30) days after the date of the first publication of the Notice of the Sheriff's Sale according to law, and that the Sheriff make a full report of such sale to the Court for further proceedings pursuant to the provisions of THE MUNICIPAL LAND REUTILIZATION LAW; and

WHEREAS, a duly certified copy of said judgment and order of sale was issued by the Clerk's Office of the said Circuit Court dated the 26th day of October 2018, same was to the Sheriff delivered on the 26th day of October 2018, and having previous to the day of sale hereinafter mentioned given notice by posting Notice of Sheriff's Sale on the 2nd day of July 2019, at the east front door of the Civil Courts Building in the City of St. Louis, Missouri, (the same front door at which sales of real estate are customarily made by the Sheriff under execution), and by advertising in the *Daily Record*, a daily newspaper of general circulation regularly published in the City of St. Louis, Missouri, and by virtue of said judgment, order of sale and notice, I, or my predecessor as Sheriff of the City of St. Louis, Missouri, did, between

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

the hours of 9 A.M. and 5 P.M. on the **18**th day of **July 2019,** at the east front door of the Civil Courts Building in the City of St. Louis, Missouri, commence to offer for sale the parcel of real estate herein above described at public auction to the highest bidder for cash; and

WHEREAS, on the **18**th **day** of **July 2019,** being the **3**rd day that the above-described parcel of real estate was offered for sale, the party of the second part bid **ONE HUNDRED ONE THOUSAND TWENTY FIVE DOLLARS** ($101,025.00). Said bid being the highest, and equal to or in excess of the full amount of all tax bills included in the judgment, interest, penalties, attorney's fees and costs then due thereon, the same was sold to the parties of the second part for said bid; and

WHEREAS, on the **24**th day of **July 2019,** I or my predecessor as such Sheriff, did file with the Clerk of said Court, a report of said sale; and

WHEREAS, on the **8**th **day** of **August 2019,** the said Court rendered its order approving and confirming said sale, and a duly certified copy of said order was issued from the Clerk's Office of said Court and delivered to me or my predecessor as Sheriff on the **8**th **day of August 2019.**

NOW WHEREFORE, in consideration of the premises and said sum in hand paid to me, or my predecessor, the said Sheriff, by the parties of the second part, the receipt whereof I do hereby acknowledge, and by virtue of the authority in me vested by law, I, Vernon Betts, Sheriff of the City of St. Louis, Missouri, do hereby assign, transfer and convey all the right, title, interest and estate in fee simple, in and to said parcel of real estate to the Grantee and his heirs and assigns forever, with all the rights and appurtenances thereto belonging, subject to any lien thereon of the United States of America, if any, and subject to the liens of any tax bills which may have attached to such parcel of real estate prior to the time of filing of the petition affecting

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

such parcel of real estate not then delinquent, or which may have attached after the filing of the petition and prior to the Sheriff's sale and not included in any answer to such petition, as fully and as effectively to all intents and purposes in law as I, Sheriff of the City of St. Louis, Missouri, might, could, or ought to sell and convey the same by virtue of the aforesaid judgments, orders, and notices.

PROVIDED, HOWEVER, that this deed contains the following deed restriction pursuant to Section 92.840 (7) R. S. Mo.: That the Party of the Second Part who had the property confirmed and who applied for an occupancy permit within 10 days of the confirmation shall obtain an occupancy permit for the building or structure from the appropriate governmental agency prior to any subsequent transfer or sale of this property. This deed restriction shall exist as a lien against the above-described real estate while the Party of the Second Part hold same in the amount of Five Thousand Dollars ($5,000.00). The Party of the Second Part hereby agrees by the execution of this deed as grantee that in the event of the Party's of the Second Part failure to obtain an occupancy permit prior to any subsequent transfer of the property, the Party of the Second Part shall pay to the Sheriff the sum of Five Thousand Dollars ($5,000.00) as fixed, liquidated and ascertained damages without proof of loss or damages. The Sheriff shall have the discretionary power to file a lawsuit against the Party of the Second Part for collection of these liquidated  damages

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

IN WITNESS WHEREOF, I, Vernon Betts, Sheriff of the City of St. Louis,

Missouri, have hereunto set my hand and affixed my seal on the 23rd day

of _August_ , 20 19

**Vernon Betts**
**Sheriff of the City of St. Louis**

Sheriff appears in open Court this
23 day of _August_ , 20 19,
and acknowledges the above Deed to
be his free act and deed. Clerk ordered to
endorse acknowledgement on Deed

**David A Roither**
**Judge of the Twenty-Second Judicial Circuit**
**Division No. 29**

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

BOOK       PAGE
**10102019-0182**
RECORDER OF DEEDS
CITY OF ST. LOUIS
RECORDED-CERTIFIED ON
10/10/2019 03:41 PM

MICHAEL BUTLER
RECORDER OF DEEDS

PAGES: 3
AMOUNT DUE: 33.00
5112978

THIS DOCUMENT WAS eRECORDED

## QUITCLAIM DEED

THIS INDENTURE, effective as of this 10th day of October, 2019 by and between St. Louis Tax Sale, LLC, a Missouri Limited Liability Company with its address at 230 S. Bemiston, Suite 810, Clayton, MO 63105, Grantor, parties of the first part, and Global Investment Group, LLC, A Missouri Limited Liability Company with its address at 230 S. Bemiston, Suite 810, Clayton, MO 63105, Grantee, party of the second part.

WITNESSETH, that said parties of the first part, for and in consideration of the sum of One Dollar and other good and valuable consideration paid by the said party of the second part, the receipt of which is hereby acknowledged, does by these presents REMISE, RELEASE, and FOREVER QUIT CLAIM unto the party of the second part, the following described lots, tracts, or parcels of land lying, being and situated in the County of St. Louis, and State of Missouri to wit:

*Lot 14 of Forest Park Addition and in Block 4904 of the City of St. Louis fronting 100 feet on the South line of Portland Place, by a depth Southwardly of 190 feet to the Northern line of Lot 7.*

*Known and numbered: 48 Portland Place; Locator No. 4904-00-00400*

Subject to building lines, easements, conditions, and restrictions of record, if any, and to any zoning law or ordinance affecting said property.

TO HAVE AND TO HOLD THE SAME, with all the rights, immunities, privileges, and appurtenances thereto belonging, unto the party of the second part and unto her heirs and assigns forever; so that neither the parties of the first part for their heirs or assigns, nor any other person or persons, for whom or in whose name or behalf, will hereinafter claim or demand any right or title to the described premises or any part thereof, but they and each of them shall, by these presents, be excluded and forever barred.

**EXHIBIT**

6

In *Witness Whereof*, the said parties of the first part have hereunto executed these presents the day and year first above written.

_____

GRANTOR, Kamran Khan,
For St. Louis Tax Sale, LLC

    STATE OF MISSOURI    )
                            ) SS
    COUNTY OF ST. LOUIS    )

    Before me appeared Kamran Khan, for St. Louis Tax Sale, LLC Grantor, to me personally known to be the persons described in and who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed, as the Grantor, party of the first part.

    IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County of St. Louis, State of Missouri.

                JULIA LITOVICH
         Notary Public, Notary Seal
           State of Missouri
           St. Louis County
       Commission # 10971568
   My Commission Expires September 28, 2020

                                                   Notary Public

2

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

Branch :TP4   User :LSLA

Title Officer : LSLA  Order : 48 PORTLAND PL

Doc Number: 10102019-0182 Page: 3 of 3

## GRANTEE RIDER

*In Witness Whereof*, the said parties of the second part have hereunto executed these presents the day and year first above written.

_____

GRANTEE, Kamran Khan,
For Global Investment Group, LLC

STATE OF MISSOURI        )
                                              ) SS
COUNTY OF ST. LOUIS     )

Before me appeared Kamran Khan, for Global Investment Group, LLC, Grantor, to me personally known to be the persons described in and who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed, as the Grantor, party of the first part.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County of St. Louis, State of Missouri.

JULIA LUTOVICH
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 10971568
My Commission Expires September 28, 2020

_____
Notary Public

3

SAINT LOUIS CITY, MO  Document:DED QCD 2019.1010.0182     Page:3 of 3
Printed on:12/6/2019 1:19 PM

**2122-CC00178**

Electronically Filed - City of St. Louis - January 21, 2021 - 04:39 PM

# STATE TAX COMMISSION OF MISSOURI

GLOBAL INVESTMENT GROUP LLC
                              COMPLAINANT,

VS

Michael R. Dauphin
ASSESSOR FOR THE COUNTY OF
CITY OF ST. LOUIS
                              RESPONDENT,

and

                              INTERVENOR,

APPEAL NUMBERS 19 - 20412
        49040000400

## STIPULATION

COME NOW the parties in the above-numbered appeal(s) and state to this Commission that pursuant to Section 536.060, V.A.M.S., they have reached an agreed settlement by stipulation. The parties have agreed that the proper assessed valuation, excluding any changes in physical improvements, for the above-numbered appeal(s) for the tax years 2019-2020 should be:

| Appeal Number | Current Assessed Value | Stipulated Assessed Values |
|---|---|---|
| 19-20412 | $ 277,720 | $ 57,000 |

WHEREFORE, the parties respectfully request this Commission to enter an order(s) to confirm the above settlement(s) so as to finally dispose of the controversy above.

_____
ATTORNEY FOR COMPLAINANT

_____ #71062
ATTORNEY FOR RESPONDENT
Deborah K Duester #45147
City Hall Room 314
St. Louis, Mo 63103 (314) 622-3361

Dated:       16-Apr-20

_____
ATTORNEY FOR INTERVENOR

**EXHIBIT**

7

SUPPLYXUSTICE.COM